UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Michael Finley     :    Chapter 13
Debtor     :

    :    Case No. 10- 17173 bif

MOTION TO RECONSIDER ORDER CONVERTING CHAPTER 13 CASE TO A CHAPTER 7 CASE

    Debtors, by their attorney, Michael P. Kutzer, Esquire, by way of Motion, respectfully represent:

1. Debtor filed the above captioned Chapter 13 Petition on August 24, 2010, Case No. 10-17173.

2. The Debtor began making trustee payments and to date has paid the Trustee $1200.00, with an additional $600.00 in suspense.  However, the debtor missed several payments and the Trustee filed a motion to dismiss based on payments.  The Trustee supplemented this motion, expanding the relief and requesting the case be converted to a chapter 7 case.

3. The motion to convert was heard and the case has been converted to a Chapter 7 pursuant to the Order dated June 17, 2011.

4. The Debtor files this motion to reconsider converting the case to a Chapter 7.  The Debtor has all the funds necessary to become current with the trustee.

5. The Debtor respectfully requests the case be reinstated as a Chapter 13 case.  The Debtor can pay the trustee for the claims on the claims docket which cannot be removed by an objection.  The Debtor's home has equity that is at least six times the amount on the claims docket for unsecured claims.  The Debtor will make payments on these claims through a Chapter 13 plan and keep his home.

    Wherefore, the Debtors pray this honorable Court reinstate this case as a Chapter 13 case.
.

June 28, 2011

    Respectfully submitted,
    /s/ Michael P. Kutzer
    Michael P. Kutzer, Esquire
    1528 Walnut Street, Suite 401
    Philadelphia, PA  19102
    Attorney for the Debtor