UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :         Chapter 13
                                    :
   MICHAEL FINLEY                   :
                                    :
              Debtor                :         Bankruptcy No. 10-17173 BIF


**CHAPTER 13 STANDING TRUSTEE'S ANSWER TO MOTION TO RECONSIDER
ORDER CONVERTING CHAPTER 13 CASE TO A CHAPTER 7**


   Jack K. Miller, counsel for the trustee, William C. Miller, answers the Motion as follows:

1. The trustee may require testimony.
2. If the trustee is to consider this motion, the debtor must be current with his proposed plan payments.


   WHEREFORE, the trustee respectfully requests that the Motion be denied.

                                                      Respectfully submitted,


                                                    /s/ Jack K. Miller
                                                    _____

Date: July 20, 2011                           Jack K. Miller, Esquire, Staff Attorney for
                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee